# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHOOL DISTRICT OF PHILADELPHIA<br><br>v.<br><br>JOHN POST, et al. | CIVIL ACTION<br><br>NO. 15-4501 |

# ORDER

**AND NOW**, this 5th day of July, 2017, having considered the Motions for Partial Judgment on the Administrative Record of Plaintiff, School District of Philadelphia, and Defendants, John and Marissa Post, and all responses and replies thereto, it is hereby ORDERED that Plaintiff's Motion (ECF 53) is DENIED and Defendants' Motion (ECF 50) is GRANTED.

BY THE COURT:

/s/ Timothy J. Savage for:

Michael M. Baylson, U.S.D.J.