# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SCHOOL DISTRICT OF PHILADELPHIA<br><br>v.<br><br>JOHN POST, et al. | CIVIL ACTION<br><br>NO. 15-4501 |
|---|---|

## ORDER RE: SUMMARY JUDGMENT AND SUPPLEMENTATION OF ADMINISTRATIVE RECORD

AND NOW this 23rd day of August, 2017, having considered the Motion for Summary Judgment of Plaintiff School District of Philadelphia ("District") (ECF 54), the Motion for Leave to Supplement the Administrative Record of Defendants John and Marissa Post ("Parents") (ECF 62), the Motion to Strike of the District (ECF 59), and all responses and replies thereto, the Court hereby ORDERS that:

1. The District's Motion for Summary Judgment (ECF 54) is GRANTED as to Parents' Counterclaims for Enforcement of the Hearing Officer's Order and Retaliation. It is otherwise DENIED.

2. Parents' Motion for Leave to Supplement the Administrative Record (ECF 62) is DENIED except as to the deposition testimony of Roberta Benjamin and paragraphs 26-27 of the declaration of Marissa Post.

3. The District's Motion to Strike (ECF 59) is DENIED AS MOOT, because all arguments therein are addressed in the accompanying memorandum and in the portion of this Order deciding Parents' Motion for Leave to Supplement the Administrative Record.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\civil 15\15-4501 sch. Dist. Phila v. Post\15cv4501 order re sj and supp of admin record.docx